[No. 14049-7-II.  Division Two.  August 5, 1992.]

THOMAS E. LENAHAN, *Respondent*, v. AHMET CHABUK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-01741-9, James I. Maddock, J., entered

June 29, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Morgan and Seinfeld, JJ.